IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ZACH TRAVIS, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 2:24-cv-13084-MFL-CI

**BELLE TIRE DISTRIBUTORS, INC.**     **DEFENDANT**

## NOTICE OF APPEARANCE – SEAN SHORT

Attorney Sean Short of Sanford Law Firm, PLLC, hereby enters his appearance on behalf of Plaintiff. Mr. Short certifies that he is a member in good standing of the Bar of the Eastern District of Michigan and is a registered CM/ECF filer. Mr. Short will serve as counsel along with Plaintiff's other attorneys.

Respectfully submitted,

**ATTORNEY SEAN SHORT**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

## **CERTIFICATE OF SERVICE**

 I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing pleading was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

 Andrew W. Clark, Esq.
 Jalen Farmer, Esq.
 HONIGMAN LLP
 2290 First National Building
 660 Woodward Avenue
 Detroit, Michigan 48226
 aclark@honigman.com
 jfarmer@honigman.com
 Attorneys for Defendant

         */s/ Sean Short*
         **Sean Short**