UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Zach Travis,

                       Plaintiff(s),

v.                                         Case No. 2:24−cv−13084−MFL−CI
                                                  Hon. Matthew F. Leitman

Belle Tire Distributors, Inc.,

                       Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Matthew F. Leitman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 207, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  March 13, 2025 at 10:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/Holly A Ryan
                                                        Case Manager

Dated:   February 3, 2025